NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**GENERAL ELECTRIC COMPANY,**
*Appellant,*

v.

**VIBRANT MEDIA, INC.,**
*Appellee.*

_____

2015-1015

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00170.

-------------------------------------------------------------------------------

**GENERAL ELECTRIC COMPANY,**
*Appellant,*

v.

**VIBRANT MEDIA, INC.,**
*Appellee.*

_____

2015-1136

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00172.

---

**ON MOTION**

---

**O R D E R**

General Electric Company moves unopposed for leave to file a single, consolidated joint appendix in Federal Circuit Appeal Nos. 2015-1015 and 2015-1136 and moves unopposed to extend time to file its opening brief until February 17, 2015.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

                        FOR THE COURT

                        /s/ Daniel E. O'Toole
                        Daniel E. O'Toole
                        Clerk of Court

s31